UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9-21-cv-81008-AMC

CLAUDIA P. HUMPHREY,

    Plaintiff,

vs.

BOARD OF TRUSTEES OF FLORIDA
ATLANTIC UNIVERSITY a/k/a
FLORIDA ATLANTIC UNIVERSITY,

    Defendant.
_____/

## **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

    Defendant, BOARD OF TRUSTEES OF FLORIDA ATLANTIC UNIVERSITY, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby files this Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint and states:

### **Parties, Jurisdiction and Venue**

    1.    Defendant admits only that jurisdiction is invoked. However, the Defendant denies the remainder of the allegations of Paragraph one (1) of the Second Amended Complaint and demands strict proof thereof. The Defendant denies any wrongdoing.

    2.    Defendant admits the allegations of Paragraph two (2) of the Second Amended Complaint.

    3.    Defendant denies the allegations in Paragraph three (3) of the Second Amended Complaint and demands strict proof thereof.

    4.    Defendant denies the allegations in Paragraph four (4) of the Second Amended Complaint and demands strict proof thereof.

5. Defendant admits the allegations of Paragraph five (5) of the Second Amended Complaint.

6. Defendant denies as phrased the allegations in Paragraph six (6) of the Second Amended Complaint and demands strict proof thereof.

7. Defendant admits only that venue is proper. However, Defendant denies the remainder of the allegations in Paragraph seven (7) of the Second Amended Complaint and demands strict proof thereof.

8. Defendant denies the allegations in Paragraph eight (8) of the Second Amended Complaint and demands strict proof thereof.

**Factual Background**

9. Defendant denies as phrased the allegations of Paragraph nine (9) including the footnote of the Second Amended Complaint and demands strict proof thereof.

10. Defendant denies the allegations of Paragraph ten (10) of the Second Amended Complaint and demands strict proof thereof.

11. Defendant denies the allegations in Paragraph eleven (11) of the Second Amended Complaint and demands strict proof thereof.

12. Defendant admits the allegations of Paragraph twelve (12) of the Second Amended Complaint.

13. Defendant denies the allegations in Paragraph thirteen (13) of the Second Amended Complaint and demands strict proof thereof.

14. Defendant denies the allegations in Paragraph fourteen (14) of the Second Amended Complaint and demands strict proof thereof.

15. Defendant denies the allegations of Paragraph fifteen (15) of the Second Amended Complaint and demands strict proof thereof.

16. Defendant denies the allegations in Paragraph sixteen (16) of the Second Amended Complaint and demands strict proof thereof.

17. Defendant denies the allegations in Paragraph seventeen (17) of the Second Amended Complaint and demands strict proof thereof.

18. Defendant denies the allegations in Paragraph eighteen (18) of the Second Amended Complaint and demands strict proof thereof.

19. Defendant denies the allegations including the footnote in Paragraph nineteen (19) of the Second Amended Complaint and demands strict proof thereof.

20. Defendant denies the allegations in Paragraph twenty (20) of the Second Amended Complaint and demands strict proof thereof.

21. Defendant denies the allegations in Paragraph twenty-one (21) of the Second Amended Complaint and demands strict proof thereof.

22. Defendant denies the allegations in Paragraph twenty-two (22) of the Second Amended Complaint and demands strict proof thereof.

23. Defendant denies the allegations in Paragraph twenty-three (23) of the Second Amended Complaint and demands strict proof thereof.

24. Defendant denies the allegations in Paragraph twenty-four (24) of the Second Amended Complaint and demands strict proof thereof.

25. Defendant denies the allegations in Paragraph twenty-five (25) of the Second Amended Complaint and demands strict proof thereof.

26. Defendant denies the allegations in Paragraph twenty-six (26) of the Second Amended Complaint and demands strict proof thereof.

27. Defendant denies the allegations including the footnote in Paragraph twenty-seven (27) of the Second Amended Complaint and demands strict proof thereof.

28. Defendant denies the allegations in Paragraph twenty-eight (28) of the Second Amended Complaint and demands strict proof thereof.

29. Defendant denies the allegations in Paragraph twenty-nine (29) of the Second Amended Complaint and demands strict proof thereof.

30. Defendant denies the allegations in Paragraph thirty (30) of the Second Amended Complaint and demands strict proof thereof.

31. Defendant denies the allegations in Paragraph thirty-one (31) of the Second Amended Complaint and demands strict proof thereof.

32. Defendant denies the allegations in Paragraph thirty-two (32) of the Second Amended Complaint and demands strict proof thereof.

33. Defendant denies the allegations in Paragraph thirty-three (33) of the Second Amended Complaint and demands strict proof thereof.

34. Defendant denies the allegations in Paragraph thirty-four (34) of the Second Amended Complaint and demands strict proof thereof.

35. Defendant denies the allegations in Paragraph thirty-five (35) of the Second Amended Complaint and demands strict proof thereof.

36. Defendant denies the allegations in Paragraph thirty-six (36) of the Second Amended Complaint and demands strict proof thereof.

37. Defendant denies the allegations in Paragraph thirty-seven (37) of the Second Amended Complaint and demands strict proof thereof.

38. Defendant denies the allegations in Paragraph thirty-eight (38) of the Second Amended Complaint and demands strict proof thereof.

39. Defendant denies the allegations in Paragraph thirty-nine (39) of the Second Amended Complaint and demands strict proof thereof.

40. Defendant denies the allegations in Paragraph forty (40) of the Second Amended Complaint and demands strict proof thereof.

41. Defendant denies the allegations in Paragraph forty-one (41) of the Second Amended Complaint and demands strict proof thereof.

42. Defendant denies the allegations in Paragraph forty-two (42) of the Second Amended Complaint and demands strict proof thereof.

43. Defendant denies the allegations in Paragraph forty-three (43) of the Second Amended Complaint and demands strict proof thereof.

44. Defendant denies the allegations in Paragraph forty-four (44) of the Second Amended Complaint and demands strict proof thereof.

45. Defendant denies the allegations in Paragraph forty-five (45) of the Second Amended Complaint and demands strict proof thereof.

46. Defendant denies the allegations in Paragraph forty-six (46) of the Second Amended Complaint and demands strict proof thereof.

47. Defendant denies the allegations in Paragraph forty-seven (47) of the Second Amended Complaint and demands strict proof thereof.

48. Defendant denies the allegations in Paragraph forty-eight (48) of the Second Amended Complaint and demands strict proof thereof.

49. Defendant denies the allegations in Paragraph forty-nine (49) of the Second Amended Complaint and demands strict proof thereof.

50. Defendant denies the allegations in Paragraph fifty (50) of the Second Amended Complaint and demands strict proof thereof.

51. Defendant denies the allegations in Paragraph fifty-one (51) of the Second Amended Complaint and demands strict proof thereof.

52. Defendant denies as phrased the allegations in Paragraph fifty-two (52) of the Second Amended Complaint and demands strict proof thereof.

53. Defendant denies the allegations in Paragraph fifty-three (53) of the Second Amended Complaint and demands strict proof thereof.

54. Defendant denies the allegations in Paragraph fifty-four (54) of the Second Amended Complaint and demands strict proof thereof.

55. Defendant denies the allegations in Paragraph fifty-five (55) of the Second Amended Complaint and demands strict proof thereof.

56. Defendant denies the allegations in Paragraph fifty-six (56) of the Second Amended Complaint and demands strict proof thereof.

57. Defendant denies the allegations in Paragraph fifty-seven (57) of the Second Amended Complaint and demands strict proof thereof.

58. Defendant denies the allegations in Paragraph fifty-eight (58) of the Second Amended Complaint and demands strict proof thereof.

59. Defendant denies the allegations in Paragraph fifty-nine (59) of the Second Amended Complaint and demands strict proof thereof.

60. Defendant denies the allegations in Paragraph sixty (60) of the Second Amended Complaint and demands strict proof thereof.

61. Defendant denies the allegations in Paragraph sixty-one (61) of the Second Amended Complaint and demands strict proof thereof.

62. Defendant denies the allegations in Paragraph sixty-two (62) of the Second Amended Complaint and demands strict proof thereof.

63. Defendant denies the allegations in Paragraph sixty-three (63) of the Second Amended Complaint and demands strict proof thereof.

64. Defendant denies the allegations in Paragraph sixty-four (64) of the Second Amended Complaint and demands strict proof thereof.

65. Defendant denies the allegations in Paragraph sixty-five (65) of the Second Amended Complaint and demands strict proof thereof.

66. Defendant denies the allegations in Paragraph sixty-six (66) of the Second Amended Complaint and demands strict proof thereof.

67. Defendant denies the allegations in Paragraph sixty-seven (67) of the Second Amended Complaint and demands strict proof thereof.

68. Defendant denies the allegations in Paragraph sixty-eight (68) of the Second Amended Complaint and demands strict proof thereof.

69. Defendant denies the allegations in Paragraph sixty-nine (69) of the Second Amended Complaint and demands strict proof thereof.

Case 9:21-cv-81008-AMC Document 25 Entered on FLSD Docket 11/23/2021 Page 8 of 18

*Humphrey v. FAU Board of Trustees*
*District Court Case No.: 9-21-cv-81008-AMC*
*Page 8*

70. Defendant denies the allegations in Paragraph seventy (70) of the Second Amended Complaint and demands strict proof thereof.

71. Defendant denies the allegations in Paragraph seventy-one (71) of the Second Amended Complaint and demands strict proof thereof.

72. Defendant denies the allegations in Paragraph seventy-two (72) of the Second Amended Complaint and demands strict proof thereof.

73. Defendant denies the allegations in Paragraph seventy-three (73) of the Second Amended Complaint and demands strict proof thereof.

74. Defendant denies the allegations in Paragraph seventy-four (74) of the Second Amended Complaint and demands strict proof thereof.

75. Defendant denies the allegations in Paragraph seventy-five (75) of the Second Amended Complaint and demands strict proof thereof.

76. Defendant denies the allegations in Paragraph seventy-six (76) of the Second Amended Complaint and demands strict proof thereof.

77. Defendant denies the allegations in Paragraph seventy-seven (77) of the Second Amended Complaint and demands strict proof thereof.

78. Defendant denies the allegations in Paragraph seventy-eight (78) of the Second Amended Complaint and demands strict proof thereof.

79. Defendant denies the allegations in Paragraph seventy-nine (79) of the Second Amended Complaint and demands strict proof thereof.

80. Defendant denies the allegations in Paragraph eighty (80) of the Second Amended Complaint and demands strict proof thereof.

81. Defendant denies the allegations in Paragraph eighty-one (81) of the Second Amended Complaint and demands strict proof thereof.

82. Defendant denies the allegations in Paragraph eighty-two (82) of the Second Amended Complaint and demands strict proof thereof.

83. Defendant denies the allegations in Paragraph eighty-three (83) of the Second Amended Complaint and demands strict proof thereof.

84. Defendant denies the allegations in Paragraph eighty-four (84) of the Second Amended Complaint and demands strict proof thereof.

85. Defendant denies the allegations in Paragraph eighty-five (85) of the Second Amended Complaint and demands strict proof thereof.

86. Defendant denies the allegations in Paragraph eighty-six (86) of the Second Amended Complaint and demands strict proof thereof.

87. Defendant denies the allegations in Paragraph eighty-seven (87) of the Second Amended Complaint and demands strict proof thereof.

88. Defendant denies the allegations in Paragraph eighty-eight (88) of the Second Amended Complaint and demands strict proof thereof.

89. Defendant denies the allegations in Paragraph eighty-nine (89) of the Second Amended Complaint and demands strict proof thereof.

90. Defendant denies the allegations in Paragraph ninety (90) of the Second Amended Complaint and demands strict proof thereof.

91. Defendant denies the allegations in Paragraph ninety-one (91) of the Second Amended Complaint and demands strict proof thereof.

92. Defendant denies the allegations in Paragraph ninety-two (92) of the Second Amended Complaint and demands strict proof thereof.

93. Defendant denies the allegations in Paragraph ninety-three (93) of the Second Amended Complaint and demands strict proof thereof.

94. Defendant denies the allegations in Paragraph ninety-four (94) of the Second Amended Complaint and demands strict proof thereof.

95. Defendant denies the allegations in Paragraph ninety-five (95) of the Second Amended Complaint and demands strict proof thereof.

96. Defendant denies the allegations in Paragraph ninety-six (96) of the Second Amended Complaint and demands strict proof thereof.

97. Defendant denies the allegations in Paragraph ninety-seven (97) of the Second Amended Complaint and demands strict proof thereof.

98. Defendant denies the allegations in Paragraph ninety-eight (98) of the Second Amended Complaint and demands strict proof thereof.

99. Defendant denies the allegations in Paragraph ninety-nine (99) of the Second Amended Complaint and demands strict proof thereof.

100. Defendant denies the allegations in Paragraph one-hundred (100) of the Second Amended Complaint and demands strict proof thereof.

101. Based upon a reasonable investigation, the allegations in Paragraph one-hundred and one (101) of the Second Amended Complaint are unknown to this Defendant and therefore they are denied. Furthermore, the Defendant demands strict proof thereof.

102. Defendant denies the allegations in Paragraph one-hundred and two (102) of the Second Amended Complaint and demands strict proof thereof.

## COUNT IV[1]
## RACE DISCRIMINATION
**(FAU'S Violation of 42 U.S.C. § 2000e-2(a)(1))**

103. Defendant re-alleges and re-affirms its response to each and every allegation contained in Paragraphs one (1) through one-hundred and two (102) of the Second Amended Complaint. Defendant denies each and every allegation to the extent not previously admitted and demands strict proof thereof. Furthermore, Defendant denies any wrongdoing complained of herein.

104. Defendant denies the allegations in Paragraph one-hundred and four (104) of the Second Amended Complaint and demands strict proof thereof.

105. Defendant denies the allegations in Paragraph one-hundred and five (105) of the Second Amended Complaint and demands strict proof thereof.

106. Defendant denies the allegations in Paragraph one-hundred and six (106) of the Second Amended Complaint and demands strict proof thereof.

107. Defendant denies the allegations in Paragraph one-hundred and seven (107) of the Second Amended Complaint and demands strict proof thereof.

108. Defendant denies the allegations in Paragraph one-hundred and eight (108) of the Second Amended Complaint and demands strict proof thereof.

109. Defendant denies the allegations in Paragraph one-hundred and nine (109) of the Second Amended Complaint and demands strict proof thereof.

110. Defendant denies the allegations in Paragraph one-hundred and ten (110) of the Second Amended Complaint and demands strict proof thereof.

---

[1] There are no Counts I, II, or III in the Second Amended Complaint.

111. Defendant denies the allegations in Paragraph one-hundred and eleven (111) of the Second Amended Complaint and demands strict proof thereof.

112. Defendant denies the allegations in Paragraph one-hundred and twelve (112) of the Second Amended Complaint and demands strict proof thereof.

113. Defendant denies the allegations in Paragraph one-hundred and thirteen (113) of the Second Amended Complaint and demands strict proof thereof.

## COUNT V
## NATIONAL ORIGIN DISCRIMINATION
### (FAU's Violation of 42 U.S.C. § 2000e-2(a)(1))

114. Defendant re-alleges and re-affirms its response to each and every allegation contained in Paragraphs one (1) through one-hundred and two (102) of the Second Amended Complaint. Defendant denies each and every allegation to the extent not previously admitted and demands strict proof thereof. Furthermore, Defendant denies any wrongdoing complained of herein.

115. Defendant denies the allegations in Paragraph one-hundred and fifteen (115) of the Second Amended Complaint and demands strict proof thereof.

116. Defendant denies the allegations in Paragraph one-hundred and sixteen (116) of the Second Amended Complaint and demands strict proof thereof.

117. Defendant denies the allegations in Paragraph one-hundred and seventeen (117) of the Second Amended Complaint and demands strict proof thereof.

118. Defendant denies the allegations in Paragraph one-hundred and eighteen (118) of the Second Amended Complaint and demands strict proof thereof.

119. Defendant denies the allegations in Paragraph one-hundred and nineteen (119) of the Second Amended Complaint and demands strict proof thereof.

120. Defendant denies the allegations in Paragraph one-hundred and twenty (120) of the Second Amended Complaint and demands strict proof thereof.

121. Defendant denies the allegations in Paragraph one-hundred and twenty-one (121) of the Second Amended Complaint and demands strict proof thereof.

122. Defendant denies the allegations in Paragraph one-hundred and twenty-two (122) of the Second Amended Complaint and demands strict proof thereof.

123. Defendant denies the allegations in Paragraph one-hundred and twenty-three (123) of the Second Amended Complaint and demands strict proof thereof.

124. Defendant denies the allegations including Paragraph one-hundred and twenty-four (124) of the Second Amended Complaint and demands strict proof thereof.

## COUNT VI
## UNLAWFUL RETALIATORY DISCHARGE
(FAU's Violation of Title VII)

125. Defendant re-alleges and re-affirms its response to each and every allegation contained in Paragraphs one (1) through one-hundred and two (102) of the Second Amended Complaint. Defendant denies each and every allegation to the extent not previously admitted and demands strict proof thereof. Furthermore, Defendant denies any wrongdoing complained of herein.

126. Defendant denies the allegations in Paragraph one-hundred and twenty-six (126) of the Second Amended Complaint and demands strict proof thereof.

127. Defendant denies the allegations in Paragraph one-hundred and twenty-seven (127) of the Second Amended Complaint and demands strict proof thereof.

128. Defendant denies the allegations in Paragraph one-hundred and twenty-eight (128) of the Second Amended Complaint and demands strict proof thereof.

129. Defendant denies the allegations in Paragraph one-hundred and twenty-nine (129) of the Second Amended Complaint and demands strict proof thereof.

130. Defendant denies the allegations in Paragraph one-hundred and thirty (130) of the Second Amended Complaint and demands strict proof thereof.

131. Defendant denies the allegations in Paragraph one-hundred and thirty-one (131) of the Second Amended Complaint and demands strict proof thereof.

132. Defendant denies the allegations in Paragraph one-hundred and thirty-two (132) of the Second Amended Complaint and demands strict proof thereof.

133. Defendant denies the allegations in Paragraph one-hundred and thirty-three (133) of the Second Amended Complaint and demands strict proof thereof.

134. Defendant denies the allegations in Paragraph one-hundred and thirty-four (134) of the Second Amended Complaint and demands strict proof thereof.

135. Defendant denies the allegations in Paragraph one-hundred and thirty-five (135) of the Second Amended Complaint and demands strict proof thereof.

136. Defendant denies the allegations in Paragraph one-hundred and thirty-six (136) of the Second Amended Complaint and demands strict proof thereof.

137. Defendant denies the allegations in Paragraph one-hundred and thirty-seven (137) of the Second Amended Complaint and demands strict proof thereof.

138. The Defendant admits only that Exhibit A has been attached to the Second Amended Complaint. However, Defendant denies the allegations in Paragraph one-hundred and thirty-eight (138) of the Second Amended Complaint and demands strict proof thereof.

## GENERAL DENIAL

Defendant denies each and every allegation of the Second Amended Complaint to the extent not previously admitted and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

As a first affirmative defense, Defendant states Plaintiff has failed to state a cause of action upon which relief may be granted and/or fails to allege sufficient facts necessary to state cause of action pursuant to Title VII of the Civil Rights Act of 1994.

### Second Affirmative Defense

As a second affirmative defense, Defendant states Plaintiff was separated based on legitimate, nondiscriminatory, and nonretaliatory reasons. These reasons were unrelated to any alleged discrimination based on race or national origin. Plaintiff did not suffer any discrimination or retaliation, and Defendant is not liable for any alleged wrongdoing.

### Third Affirmative Defense

As a third affirmative defense, Defendant states Plaintiff's claims under Title VII of the Civil Rights Act of 1964 are limited in scope to the charge Plaintiff filed with the EEOC and/or Florida Commission on Human Relations.

### Fourth Affirmative Defense

As a fourth affirmative defense, Defendant that Plaintiff's Second Amended Complaint fails to show a causal connection and/or nexus between any statutorily protected activity and/or any purported discrimination and any alleged adverse employment action. Therefore, Plaintiff's claims of retaliation fail to state a cause of action.

### Fifth Affirmative Defense

As a fifth affirmative defense, Defendant states it is entitled to all of the rights, privileges, and immunities, including limits on liability, set forth in Fla. Stat. § 768.28, made and provided.

### Sixth Affirmative Defense

As a sixth affirmative defense, Defendant states Plaintiff cannot recover punitive damages against a government entity pursuant to Fla. Stat. § 760.11(5) and 42 U.S.C. § 1981a.

### Seventh Affirmative Defense

As a seventh affirmative defense, Defendant states the total amount of recovery to which Plaintiff would be entitled in the event of adverse judgment is the statutory cap of $300,000 for compensatory damages, pursuant to 42 U.S.C. § 1981a, or the statutory cap of $200,000 for compensatory damages, pursuant to § 760.11(5) and § 768.28(5), Florida Statutes.

### Eighth Affirmative Defense

As an eighth affirmative defense, Defendant states Plaintiff has failed to mitigate damages as is proper and reasonable under the circumstances.

### Ninth Affirmative Defense

As a ninth affirmative defense, Defendant states it would have taken the same action in the absence of any purported discriminatory or retaliatory intent. Plaintiff would be limited to the relief authorized in 42 U.S.C. § 2000e-5(g)(2)(b).

### Tenth Affirmative Defense

As a tenth affirmative defense, Defendant asserts neither race nor national origin were a motivating factor in any adverse employment action taken against Plaintiff.

### Eleventh Affirmative Defense

As an eleventh affirmative defense, Defendant asserts that Plaintiff's alleged protected speech was not the "but-for" cause of any adverse employment action taken.

### *Twelfth Affirmative Defense*

As a twelfth affirmative defense, Defendant asserts it is entitled to a set-off of all amounts paid or payable by all collateral sources for all expenses, bills, or other obligations incurred as a result of the alleged incident, in accordance with § 768.76, Florida Statutes.

### **JURY DEMAND**

Defendant demands a trial by jury on all issues so triable.

### **DEMAND FOR ATTORNEY'S FEES**

Defendant, MDC, has retained counsel to defend these allegations and seeks attorney's fees pursuant to 42 U.S.C. § 2000e-5(k) and § 760.11, Florida Statutes.

I HEREBY CERTIFY that on this 23rd day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> MARRERO & WYDLER
> *Counsel for Defendant FAU*
> 2600 Douglas Road, PH-4
> Coral Gables, FL 33134
> (305) 446-5528
> (305) 446-0995 (fax)
>
> BY __/s/ Lourdes Espino Wydler_____
>     OSCAR E. MARRERO
>     F.B.N.:  372714
>     oem@marrerolegal.com
>     LOURDES ESPINO WYDLER
>     F.B.N.:  719811
>     lew@marrerolegal.com

*Humphrey v. FAU Board of Trustees*
*District Court Case No.: 9-21-cv-81008-AMC*
*Page 18*

## SERVICE LIST

Yenys Hirsch, Esq.
Yenys.hirsch@arguezhirsch.com
FBN: 118260
Michael Jr. Arguez, Esq.
Michael.arguez@arguezhirsch.com
FBN: 123483
ARGUEZ HIRSCH PLLC
12555 Orange Drive, 2nd Floor
Davie, FL 33330
(954) 237-6060
Service e-mail:  eservice@arguezhirsch.com
*Attorneys for Plaintiff*